

# United States District Court
# Eastern District of California

Manuel Tarquino Alvarez Tamay

Plaintiff(s)

V.

CHRISTOPHER CHESTNUT, TODD LYONS, KRISTI NOEM, PAMELA BONDI

Defendant(s)

Case Number: 1:26-cv-01191-TLN-DMC

APPLICATION FOR PRO HAC VICE
AND ORDER

Pursuant to Local Rule 180(b)(2) of the United States District Court for the Eastern District of California,

Reuben S. Kerben, Esq. _____ hereby applies for permission to appear and participate as

counsel in the above entitled action on behalf of the following party or parties:

Manuel Tarquino Alvarez Tamay

On 2012 _____ (date), I was admitted to practice and presently in good standing in the

State of New York Second Judicial Department _____ (court). A certificate of good standing from that court is

submitted in conjunction with this application. I have not been disbarred or formally censured by a court of

record or by a state bar association; and there are not disciplinary proceedings against me.

☐ I have / ☒ I have not concurrently or within the year preceding this application made a pro hac vice

application to this court. (If you have made a pro hac vice application to this court within the last year, list

the name and case number of each matter in which an application was made, the date of application and

whether granted or denied.)

_____

_____

Date: 02/13/2026 _____          Signature of Applicant: /s/ Reuben S. Kerben _____

**Pro Hac Vice Attorney**

Applicant's Name:      Reuben S. Kerben, Esq.

Law Firm Name:      Kerben Law Firm, PC

Address:      80-02 Kew Gardens Rd.

Ste 307

City:      Kew Gardens      State: NY      Zip: 11415

Phone Number w/Area Code: 718-255-8585

City and State of Residence:   Great Neck, NY

Primary E-mail Address:      Rk@klf.nyc

Secondary E-mail Address:      Law@klf.nyc

I hereby designate the following member of the Bar of this Court who is registered for ECF with whom the Court and opposing counsel may readily communicate regarding the conduct of the case and upon whom electronic notice shall also be served via the Court's ECF system:

Local Counsel's Name:      Ben Loveman

Law Firm Name:      Reeves Immigration Law Group

Address:      425 California Street

Ste 1250

City:      San Francisco      State: CA      Zip: 94104

Phone Number w/Area Code: 415-568-3777      Bar # 249970

## ORDER

The Pro Hac Vice Application is APPROVED.  The Pro Hac Vice Attorney is DIRECTED to request filing access through PACER.

Dated:   February 17, 2026      _____

JUDGE, U.S. DISTRICT COURT